Michael J. Sexton, CA Bar No. 153435
michael.sexton@ogletreedeakins.com
James T. Conley, CA Bar No. 224174
james.conley@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Park Tower, Fifteenth Floor
695 Town Center Drive
Costa Mesa, CA 92626
Telephone: 714.800.7900
Facsimile: 714.754.1298

Attorneys for Defendant
HOME DEPOT U.S.A., INC.
*(erroneously sued as HOME DEPOT)*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA (SACRAMENTO)

| | |
|---|---|
| SANDRA WEST,<br><br>    Plaintiff,<br><br>    vs.<br><br>HOME DEPOT U.S.A. INC.; and DOES 1-50, inclusive,<br><br>    Defendants. | Case No. 2:17-CV-01087-JAM-DB<br><br>**ORDER TO DISMISS WITH PREJUDICE**<br><br>State Action Filed: October 28, 2016<br>Trial Date: September 23, 2019 |

## **ORDER**

This action shall be dismissed in its entirety, with prejudice, under Fed. R. Civ. P. 41(a)(1)(A)(ii). Defendant Home Depot U.S.A., Inc. shall bear its' own fees and costs.

**IT IS SO ORDERED.**

Dated: June 18, 2019   /s/ John A. Mendez
United States District Court Judge

- 1 -
[PROPOSED] ORDER TO DISMISS WITH PREJUDICE